Case 1:20-cr-00328-DG   Document 5   Filed 11/03/22   Page 1 of 1 PageID #: 49

Filed Date: 11/3/2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

F.# 2017R00217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ASANTE KWAKU BERKO,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

20-CR-328 (DG)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alixandra Smith, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:    Brooklyn, New York
           November 3, 2022

                                      */s/ Roanne L. Mann*

                                      HONORABLE ROANNE L. MANN
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK