# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASANTE BERKO,<br><br>        Defendant. | Case No. 20-cr-00328-DG<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for Asante Berko. I certify that I am admitted to practice in this court.

Dated: New York, New York
       July 15, 2024

                                                Respectfully submitted,

                                                *s/ Boyd M. Johnson III*
                                                Boyd M. Johnson III
                                                WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, NY 10007
                                                Tel: (212) 295-6490
                                                Boyd.Johnson@wilmerhale.com

                                                *Attorney for Defendant*