**WILMERHALE**

July 22, 2024

**Robert L. Boone**

+1 212 295 6314 (t)
+1 212 230 8888 (f)
robert.boone@wilmerhale.com

<u>VIA ECF</u>

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

    Re:  *United States v. Asante Kwaku Berko*, No. 20-CR-328 (DG)

Dear Judge Gujarati:

    I write to you as the attorney of record for Defendant Asante Kwaku Berko in the above-referenced case.

    On July 16, 2024, Mr. Berko was presented and arraigned before the Honorable Vera M. Scanlon and released pursuant to bail conditions, including a bond secured in part by property located in Monroe County, Pennsylvania.

    With the consent of the Government, we write to respectfully request that Judge Scanlon's Order Setting Conditions of Release (Dkt. 12) be unsealed for the limited purpose of the Clerk of Court producing a certified copy of this order to the Monroe County Clerk's Office.

    We further request that the Court sign the enclosed proposed order.  A certified copy of Judge Scanlon's Order and a signed copy of the proposed order are necessary for the Monroe County Clerk's Office to properly record a lien on the property.

Sincerely,

<u>*s/ Robert L. Boone*   </u>
Robert L. Boone

CC: all parties (via ECF)