WILMERHALE

**Robert L. Boone**

+1 212 295 6314 (t)
+1 212 230 8888 (f)
robert.boone@wilmerhale.com

September 10, 2024

**VIA ECF**

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

     *Re: United States v. Asante Kwaku Berko*, No. 20-CR-328 (DG)

Dear Judge Gujarati:

     I write to you on behalf of my client, Asante Kwaku Berko, to request that the Court find that the conditions of Mr. Berko's bond have been met and order that he be released from home detention. On July 16, 2024, Mr. Berko was presented and arraigned before the Honorable Vera M. Scanlon and released pursuant to bail conditions, including a $600,000 bond, co-signed by his sister, his sister's husband, and his sister-in-law, and secured by $250,000 cash and the home of his sister and her husband, located in Monroe County, Pennsylvania. (Dkt. 12). He was placed under home detention, to be replaced by a curfew and travel restrictions once these bail conditions were met. *Id.* Mr. Berko previously satisfied the cash and co-signor conditions and has now perfected the conditional lien on the property located in Monroe County, Pennsylvania. A filed copy of the conditional lien will be attached to a separate request that it be filed under seal.

     Because Mr. Berko has now satisfied his bail conditions, we respectfully request the Court to order that Mr. Berko be released from home detention and instead be placed under curfew with travel restrictions as set forth in Judge Scanlon's July 16, 2024 Order of Release.

Sincerely,

*s/ Robert L. Boone*

Robert L. Boone

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington