## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASANTE KWAKU BERKO,<br><br>　　　　　　　　　　Defendant. | Case No. 20-Cr-328 (DG)<br><br>**Declaration of Robert L. Boone in Support of Defendant's Motion to Dismiss and Motion for Suppression of Search Warrant Evidence** |

ROBERT L. BOONE, an attorney duly admitted to practice in the State of New York, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.　　I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for the defendant Asante Kwaku Berko in the above-captioned matter.

2.　　I respectfully submit this Declaration in further support of Mr. Berko's Motion to Dismiss the Indictment and Motion to Suppress the results of the April 27, 2017 Search Warrant.

3.　　Attached as **Exhibit A** is a true and correct copy of the docket in this case as of 7:59 PM on August 5, 2025, which indicates that the sealing form at Dkt. Entry No. 3 Attachment No. 2 is an "[a]dditional attachment(s) added on 7/9/2025."

4.　　Attached as **Exhibit B** is a true and correct copy of a letter transmitted on April 30, 2025, by counsel for Mr. Berko to the Government requesting dismissal of the Indictment.

5.　　Attached as **Exhibit C** is a true and correct copy of a United States Department of State List of Treaties and Other International Agreements of the United States that were in force on January 1, 2020.

6.　　Attached as **Exhibit D** is a true and correct copy of a United States Department of Justice press release dated August 26, 2020, regarding the extradition from the Republic of

1

Ghana of Ghanaian national Deborah Mensah, in connection with her prosecution in the United States District Court for the Southern District of New York.

7. Attached as **Exhibit E** is a true and correct copy of a United States Department of Justice press release dated August 6, 2021, regarding the extradition from the Republic of Ghana of Ghanaian national Tourey Ahmed Rufai, in connection with his prosecution in the United States District Court for the Southern District of New York.

8. Attached as **Exhibit F** is a true and correct copy of a United States Department of Justice press release dated July 1, 2022, regarding the extradition from the Republic of Ghana of Blessing Adeleke, in connection with his prosecution in the United States District Court for the Northern District of Ohio.

9. Attached as **Exhibit G** is a true and correct copy of a United States Department of Justice press release dated August 30, 2024, regarding the extradition from the Republic of Ghana of Olusegun Samson Adejorin, in connection with his prosecution in the United States District Court for the District of Maryland.

10. Attached as **Exhibit H** is a true and correct copy of a United States Department of Justice press release dated July 1, 2025, regarding the extradition from the Republic of Ghana of Ghanaian national Joseph Kwadwo Badu Boateng, in connection with his prosecution in the United States District Court for the District of Arizona.

11. Attached as **Exhibit I** is a true and correct copy of a United States Department of Justice press release dated May 6, 2019, regarding the extradition from Malaysia of Ng Chong Hwa, also known as "Roger Ng", in connection with his prosecution in the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2025
New York, New York

       */s/ Robert L. Boone*
Robert L. Boone
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6314
robert.boone@wilmerhale.com

*Attorney for Defendant*