UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASANTE KWAKU BERKO,<br><br>Defendant. | Case No. 20-Cr-328 (DG)<br><br>**Declaration of Asante Kwaku Berko in Support of Motion to Suppress All Evidence Resulting from the Search Warrant** |

ASANTE KWAKU BERKO hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the defendant in the above-captioned matter.

2. From on or about January 1, 2014, to on or about May 11, 2017, my email account was berkoas@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 5, 2025
New York, New York

_____
Asante Kwaku Berko

1