**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JKW | *271 Cadman Plaza East* |
| F. #2017R00217 | *Brooklyn, New York 11201* |

February 27, 2026

<u>By ECF</u>

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Asante Kwaku Berko
              <u>Criminal Docket No. 20-328 (DG)</u>

Dear Judge Gujarati:

        The government writes on behalf of the parties to jointly request that the Court adjourn the upcoming status conference, which is scheduled for March 6, 2026, for approximately 30 days as neither party has anything to raise with the Court at this time. The parties are available on April 2, 2026, if the Court is available. The defendant consents to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161–74, from today until the date of the next conference.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:           /s/
        Jessica K. Weigel
        Nick M. Axelrod
        Assistant U.S. Attorneys
        (718) 254-7000

        LORINDA I. LARYEA
        Chief, Fraud Section, Criminal Division
        U.S. Department of Justice

By:           /s/
        Katherine Nielsen
        Trial Attorney

Katherine Raut
Assistant Chief, FCPA Unit
(202) 616-5672


cc:    Clerk of Court (DG) (by ECF)
        Counsel of Record (by ECF)

2