U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JKW/NMA/KN/KR
F. #2017R00217

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2026

By ECF

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Asante Kwaku Berko
>      Criminal Docket No. 20-328 (DG)

Dear Judge Gujarati:

In accordance with the Court's July 15, 2026 order, the government respectfully refiles the government's proposed verdict sheet; proposed statement of the case, voir dire requests and list of persons, places and entities; and preliminary witness list (ECF Dkt. Nos. 63 and 64) without redactions.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/
        Jessica K. Weigel
        Nick M. Axelrod
        Assistant U.S. Attorneys
        (718) 254-7000

LORINDA I. LARYEA
Chief, Fraud Section, Criminal Division
U.S. Department of Justice

By:      /s/
        Katherine Nielsen
        Trial Attorney
        Katherine Raut

Assistant Chief, FCPA Unit
(202) 616-5672

cc:    Clerk of Court (DG) (by ECF)
        Counsel of Record (by ECF)